**Larry Felentise RAMBERT,**
**Plaintiff-Appellant,**

v.

**Heather ROSE; City of Jacksonville; Jacksonville Police Department; John Ervin; Detective Jordan; Jeff Covington; Crystal Caton; Chris Cox; Sergeant Capps; Joseph Cooper; Shelly Partian; K. L. Doyle; Ronnie Dorn;**

Dale Silance; Richard Kellum; H. T. Raney; Timothy Oswalt, Attorney; Samuel S. Popkin; Frank L. Perry, Defendants-Appellees.

No. 16-7614

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2017

Decided: June 12, 2017

Larry Felentise Rambert, Appellant Pro Se.

Before GREGORY, Chief Judge, WILKINSON, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Felentise Rambert appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rambert v. Rose*, No. 5:15-ct-03316-BO (E.D.N.C. Oct. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*